480 June 26, 2024 No. 436

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

ARMANDO LOZANO-MEMIJE,
*Petitioner-Appellant,*

*v.*

Erin REYES,
Superintendent,
Two Rivers Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
22CV07899; A181411

Claudia M. Burton, Senior Judge.

Submitted May 13, 2024.

Jason Weber and Equal Justice Law filed the brief for appellant.

Ryan Kahn, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Petitioner appeals from a judgment denying him post-conviction relief. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Petitioner signed a plea petition indicating that he intended to plead guilty to one count of sexual abuse in the first degree and one count of attempted sexual abuse in the first degree. However, at his plea hearing, the trial court never requested petitioner to make an oral plea of guilty to those two offenses as required by ORS 135.355(1). The post-conviction court denied relief finding, among other things, that petitioner understood that he was asking the trial court to accept guilty pleas, and that he intended to do so.

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, the post-conviction court's findings are supported by the record, and we have identified no arguably meritorious issues with respect to the post-conviction court's denial of the petition.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).